Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−20321−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

David M. Jones
202 Sycamore Avenue
Egg Harbor Township, NJ 08234

Janneh P. Grant−Jones
aka Janneh P. Grant
202 Sycamore Avenue
Egg Harbor Township, NJ 08234

Social Security No.:
xxx−xx−0618

xxx−xx−7391

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:            October 27, 2020
Time:           11:00 AM
Location:      4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

Notice of Postpetition Mortgage Fees, Expenses, and Charges, Re:Claim Number: 11 with Certificate of Service. Filed by JPMorgan Chase Bank, National Association (Licker, Melissa)

*41* – Objection to Post Petition Fees (related document:doc Notice of Postpetition Mortgage Fees, Expenses, and Charges, Re:Claim Number: 11 with Certificate of Service. Filed by JPMorgan Chase Bank, National Association filed by Creditor JPMorgan Chase Bank, National Association) filed by Ernest A. Aponte on behalf of David M. Jones. (Attachments: # 1 Certificate of Service) (Aponte, Ernest)

and transact such other business as may properly come before the meeting.


Dated: October 1, 2020
JAN: kaj

Jeanne Naughton
Clerk