Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−20321−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

David M. Jones
202 Sycamore Avenue
Egg Harbor Township, NJ 08234

Janneh P. Grant−Jones
aka Janneh P. Grant
202 Sycamore Avenue
Egg Harbor Township, NJ 08234

Social Security No.:
   xxx−xx−0618                                              xxx−xx−7391

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:           October 27, 2020
Time:           11:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

Notice of Postpetition Mortgage Fees, Expenses, and Charges, Re:Claim Number: 11 with Certificate of Service. Filed by JPMorgan Chase Bank, National Association (Licker, Melissa)

*41* − Objection to Post Petition Fees (related document:doc Notice of Postpetition Mortgage Fees, Expenses, and Charges, Re:Claim Number: 11 with Certificate of Service. Filed by JPMorgan Chase Bank, National Association filed by Creditor JPMorgan Chase Bank, National Association) filed by Ernest A. Aponte on behalf of David M. Jones. (Attachments: # 1 Certificate of Service) (Aponte, Ernest)

and transact such other business as may properly come before the meeting.


Dated: October 1, 2020
JAN: kaj

                                                           Jeanne Naughton
                                                           Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 17-20321-JNP

David M. Jones  Chapter 13

Janneh P. Grant-Jones

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 2
Date Rcvd: Oct 01, 2020  Form ID: 173  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2020:**

**Recip ID**    **Recipient Name and Address**
db/jdb      + David M. Jones, Janneh P. Grant-Jones, 202 Sycamore Avenue, Egg Harbor Township, NJ 08234-5213

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**    **Bypass Reason**    **Name and Address**
jdb      *+      Janneh P. Grant-Jones, 202 Sycamore Avenue, Egg Harbor Township, NJ 08234-5213

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 03, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2020 at the address(es) listed below:

**Name**    **Email Address**

Denise E. Carlon
    on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Ernest A. Aponte
    on behalf of Debtor David M. Jones ernestaaponte@justice.com

Ernest A. Aponte
    on behalf of Joint Debtor Janneh P. Grant-Jones ernestaaponte@justice.com

Isabel C. Balboa
    ecfmail@standingtrustee.com summarymail@standingtrustee.com

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 01, 2020 | Form ID: 173 | Total Noticed: 1 |

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Melissa N. Licker
    on behalf of Creditor JPMorgan Chase Bank  National Association NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com

Melissa N. Licker
    on behalf of Creditor Chase Records Center NJ_ECF_Notices@mccalla.com  mccallaecf@ecf.courtdrive.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8