Melissa N. Licker
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ  08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

Order Filed on October 29, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re:<br><br>David M. Jones,<br>Janneh P. Grant-Jones,<br><br><br><br>Debtors. | Chapter 13<br><br>Case No. 17-20321-JNP<br><br>Hearing Date:  October 27, 2020 at 11:00 a.m.<br><br>Judge: Jerrold N. Poslusny, Jr. |
|---|---|

**ORDER PARTIALLY DENYING DEBTOR'S OBJECTION TO POST-PETITION MORTGAGE FEES**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: October 29, 2020**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Debtor: | David M. Jones, Janneh P. Grant-Jones |
| Case No.: | 17-20321-JNP |
| Caption of Order: | **ORDER PARTIALLY DENYING DEBTOR'S OBJECTION TO POST-PETITION MORTGAGE FEES** |

THIS MATTER having been opened to the Court upon the objection of the debtors to post-petition fee notice filed pursuant to Fed. R. Bankr. Pro. 3002.1 filed by Carrington Mortgage Services, LLC as servicer for JPMorgan Chase Bank, National Association ("Secured Creditor") for expenses relating to mandatory annual registration of the debtor's property with the municipality and for good cause shown for the entry of this Order, it is hereby ordered that:

1. Debtors shall be responsible for $500.00 of the amount included in the post-petition fee notice filed on September 15, 2020 by Secured Creditor.
2. The remaining fees included in the post-petition fee notice filed on September 15, 2020 by Secured Creditor shall be deemed unrecoverable from the Debtors.
3. Debtors' objection is denied without prejudice.