Melissa N. Licker
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ  08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

**Order Filed on October 29, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

<div align="center">

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

</div>

| | |
|---|---|
| In re:<br><br>David M. Jones,<br>Janneh P. Grant-Jones,<br><br><div align="right">Debtors.</div> | Chapter 13<br><br>Case No. 17-20321-JNP<br><br>Hearing Date:  October 27, 2020 at 11:00 a.m.<br><br>Judge: Jerrold N. Poslusny, Jr. |

<div align="center">

**ORDER PARTIALLY DENYING DEBTOR'S OBJECTION TO POST-PETITION
MORTGAGE FEES**

</div>

The relief set forth on the following pages, number two (2) through two (2) is hereby

<div align="center">

**ORDERED**

</div>

**DATED: October 29, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| Debtor: | David M. Jones, Janneh P. Grant-Jones |
|---|---|
| Case No.: | 17-20321-JNP |
| Caption of Order: | **ORDER PARTIALLY DENYING DEBTOR'S OBJECTION TO POST-PETITION MORTGAGE FEES** |

THIS MATTER having been opened to the Court upon the objection of the debtors to post-petition fee notice filed pursuant to Fed. R. Bankr. Pro. 3002.1 filed by Carrington Mortgage Services, LLC as servicer for JPMorgan Chase Bank, National Association ("Secured Creditor") for expenses relating to mandatory annual registration of the debtor's property with the municipality and for good cause shown for the entry of this Order, it is hereby ordered that:

1. Debtors shall be responsible for $500.00 of the amount included in the post-petition fee notice filed on September 15, 2020 by Secured Creditor.

2. The remaining fees included in the post-petition fee notice filed on September 15, 2020 by Secured Creditor shall be deemed unrecoverable from the Debtors.

3. Debtors' objection is denied without prejudice.

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 17-20321-JNP

David M. Jones                                                            Chapter 13

Janneh P. Grant-Jones

    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 30, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + David M. Jones, Janneh P. Grant-Jones, 202 Sycamore Avenue, Egg Harbor Township, NJ 08234-5213 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jdb | \*+ | Janneh P. Grant-Jones, 202 Sycamore Avenue, Egg Harbor Township, NJ 08234-5213 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2020                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Ernest A. Aponte | on behalf of Debtor David M. Jones ernestaaponte@justice.com |
| Ernest A. Aponte | on behalf of Joint Debtor Janneh P. Grant-Jones ernestaaponte@justice.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |

Isabel C. Balboa

on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Melissa N. Licker

on behalf of Creditor JPMorgan Chase Bank  National Association NJ_ECF_Notices@mccalla.com,
mccallaecf@ecf.courtdrive.com

Melissa N. Licker

on behalf of Creditor Chase Records Center NJ_ECF_Notices@mccalla.com  mccallaecf@ecf.courtdrive.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 8