Form ntcfncurv − testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  17−20321−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

David M. Jones
202 Sycamore Avenue
Egg Harbor Township, NJ 08234

Janneh P. Grant−Jones
aka Janneh P. Grant
202 Sycamore Avenue
Egg Harbor Township, NJ 08234

Social Security No.:
xxx−xx−0618

xxx−xx−7391

Employer's Tax I.D. No.:

---

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

TO: David M. Jones and Janneh P. Grant−Jones
Debtor(s)

You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under
Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether
the debtor has cured the default and paid post−petition amounts.

Dated: September 14, 2022
JAN: def

Jeanne Naughton, Clerk