**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | David M. Jones<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–0618<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Janneh P. Grant–Jones<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–7391<br>EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:   17–20321–JNP

## Order of Discharge                                                                        12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

David M. Jones                             Janneh P. Grant–Jones
                                           aka Janneh P. Grant

9/14/22                                    **By the court:** Jerrold N. Poslusny Jr.
                                                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 17-20321-JNP
David M. Jones                                                                        Chapter 13
Janneh P. Grant-Jones
   Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                   Page 1 of 5
Date Rcvd: Sep 14, 2022                  Form ID: 3180W                              Total Noticed: 71

The following symbols are used throughout this certificate:
**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##       Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David M. Jones, Janneh P. Grant-Jones, 202 Sycamore Avenue, Egg Harbor Township, NJ 08234-5213 |
| 517148914 | + | Chase Records Center, Buckley Madole, P.C., 99 Wood Avenue South, Suite 803, Iselin, NJ 08830-2713 |
| 516835645 | + | Devoe & Devoe, 90 Livingston Avenue, P.O. Box 830, New Brunswick, NJ 08903-0830 |
| 516835655 | | Great Vacation Getaway, LLC, 1450 Sandlake Commons Boulevard, Orlando, FL 32819 |
| 516835657 | | InCharge Debt Solution, P.O. Box 863252, Suite 300, Orlando, FL 32886-3252 |
| 516835659 | + | Jones & Associates Law Group, LLC, 200 Centennial Avenue, Suite 200, Piscataway, NJ 08854-3950 |
| 516835671 | + | Raymour and Flanagan Credit Card/WellsF, P.O. Box 10475, Des Moines, IA 50306-0475 |
| 516860653 | + | Raymour and Flanigan, Simon's Agency Inc., PO Box 5026, Syracuse, NY 13220-5026 |
| 516835672 | + | Rutgers State University, 57 US Highway 1, New Brunswick, NJ 08901-8554 |
| 516835674 | + | Superior Court of New Jersey, Atlantic County, 1201 Bacharach Blvd., Atlantic City, NJ 08401-4526 |
| 516835679 | + | Superior Court of New Jersey, Essex County, 50 West Market Street, Newark, NJ 07102-1690 |
| 516835686 | | TD Bank NA/Diamond Furniture, P.O. Box 84037, Columbus, GA 31908-4037 |
| 517042455 | | Toyota Motor Credit Corporation, KML Law Group PC, 216 Haddon Avenue, Suite 206, Westmont, NJ 08108 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 14 2022 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 14 2022 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516835628 | | Email/Text: legal@arsnational.com | Sep 14 2022 20:41:00 | ARS National Services, Inc., P.O. Box 463023, Escondido, CA 92046-3023 |
| 516835627 | | Email/Text: customercare@adminrecovery.com | Sep 14 2022 20:41:00 | Admin Recovery, LLC, 45 Earhart Drive, Suite 102, Buffalo, NY 14221-7809 |
| 516835630 | + | EDI: CAPITALONE.COM | Sep 15 2022 00:38:00 | Capital One, Attn: Bankruptcy Department, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 516835635 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 14 2022 20:49:27 | Cardworks/CW Nexus, Attn: Bankruptcy Department, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 516835637 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 14 2022 20:49:26 | Carson Smithfield, LLC, 225 W. Station Square Dr., Pittsburgh, PA 15219-1174 |
| 517066379 | + | Email/Text: bankruptcy@cavps.com | Sep 14 2022 20:41:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 516835639 | + | EDI: CITICORP.COM | Sep 15 2022 00:38:00 | Citibank/Best Buy, Centralized Bankruptcy, P.O. |

| Case 17-20321-JNP | Doc 55 | Filed 09/16/22 | Entered 09/17/22 00:15:59 | Desc Imaged |
| Certificate of Notice | | Page 4 of 7 | | |

| District/off: 0312-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Sep 14, 2022 | Form ID: 3180W | Total Noticed: 71 |

| | | | | |
|---|---|---|---|---|
| | | | | Box 790040, St Louis, MO 63179-0040 |
| 516835642 | + | Email/Text: mediamanagers@clientservices.com | Sep 14 2022 20:40:00 | Client Services, Inc., P.O. Box 1503, Saint Peters, MO 63376-0027 |
| 516835643 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 14 2022 20:49:29 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 516835646 | | EDI: DIRECTV.COM | Sep 15 2022 00:38:00 | Direct TV, PO Box 78626, Phoenix, AZ 85062-8626 |
| 517084521 | + | EDI: AIS.COM | Sep 15 2022 00:38:00 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 516835647 | + | Email/Text: bknotice@ercbpo.com | Sep 14 2022 20:41:00 | Enhanced Recovery Company, LLC, P.O. Box 57610, Jacksonville, FL 32241-7610 |
| 516835648 | | EDI: BLUESTEM | Sep 15 2022 00:38:00 | Fingerhut Direct Marketing, PO Box 166, Newark, NJ 07101-0166 |
| 516835651 | | EDI: AMINFOFP.COM | Sep 15 2022 00:38:00 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 516835654 | | Email/Text: fggbanko@fgny.com | Sep 14 2022 20:41:00 | Foster Garbus and Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 516835656 | + | EDI: HFC.COM | Sep 15 2022 00:38:00 | HSBC Bank, P.O. Box 5213, Carol Stream, IL 60197-5213 |
| 517063169 | | EDI: JEFFERSONCAP.COM | Sep 15 2022 00:38:00 | Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud MN 56302-9617 |
| 516835658 | | EDI: JEFFERSONCAP.COM | Sep 15 2022 00:38:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 516835638 | | EDI: JPMORGANCHASE | Sep 15 2022 00:38:00 | Chase Mortgage, 3415 Vision Drive, Columbus, OH 43219 |
| 517148913 | | EDI: JPMORGANCHASE | Sep 15 2022 00:38:00 | Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 517065867 | | EDI: JPMORGANCHASE | Sep 15 2022 00:38:00 | JPMorgan Chase Bank, N.A., Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 518870420 | + | Email/Text: BKBCNMAIL@carringtonms.com | Sep 14 2022 20:40:00 | JPMorgan Chase Bank, National Association, et. al., Bankruptcy Department, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5948 |
| 518870421 | + | Email/Text: BKBCNMAIL@carringtonms.com | Sep 14 2022 20:40:00 | JPMorgan Chase Bank, National Association, et. al., Bankruptcy Department, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806, JPMorgan Chase Bank, National Associatio, Bankruptcy Department 92806-5948 |
| 517091211 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 14 2022 20:49:41 | LVNV Funding LLC, c/o Resurgent Capital Services, P O Box 10675, Greenville, SC 29603-0675 |
| 517107529 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 14 2022 20:49:42 | LVNV Funding, LLC its successors and assigns as, assignee of CVF Consumer Acquisition, Company, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517003339 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 14 2022 20:49:39 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517075298 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 14 2022 20:41:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516835660 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 14 2022 20:41:00 | Midland Funding LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 516835662 | + | EDI: NFCU.COM | Sep 15 2022 00:38:00 | Navy Federal Credit Union, P.O. Box 3000, |

Case 17-20321-JNP   Doc 55   Filed 09/16/22   Entered 09/17/22 00:15:59   Desc Imaged
Certificate of Notice   Page 5 of 7

| District/off: 0312-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Sep 14, 2022 | Form ID: 3180W | Total Noticed: 71 |

| | | | |
|---|---|---|---|
| | | | Merrifield, VA 22119-3000 |
| 516835664 | EDI: PRA.COM | Sep 15 2022 00:38:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy Department, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 516835665 | EDI: PRA.COM | Sep 15 2022 00:38:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy Department, P.O. Box 41067, Norfolk, VA 23541 |
| 517385970 | EDI: PRA.COM | Sep 15 2022 00:38:00 | Portfolio Recovery Associates, LLC, C/O Capital One, N.A., POB 41067, Norfolk VA 23541 |
| 517088303 | EDI: PRA.COM | Sep 15 2022 00:38:00 | Portfolio Recovery Associates, LLC, C/Ocapital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 517107879 | EDI: PRA.COM | Sep 15 2022 00:38:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 517104183 | EDI: PRA.COM | Sep 15 2022 00:38:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517084539 | EDI: PRA.COM | Sep 15 2022 00:38:00 | Portfolio Recovery Associates, LLC, c/o Rcs Direct Marketing/Orchard Bank, POB 41067, Norfolk VA 23541 |
| 516835663 | Email/Text: signed.order@pfwattorneys.com | Sep 14 2022 20:40:00 | New Century Financial Services, Inc., 7 Entin Road, Parsippany, NJ 07054-5020 |
| 516835668 | Email/Text: signed.order@pfwattorneys.com | Sep 14 2022 20:40:00 | Pressler and Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517063227 | + EDI: JEFFERSONCAP.COM | Sep 15 2022 00:38:00 | Premier Bankcard LLC, Jefferson Capital Systems LLC Assignee, PO Box 7999, St Cloud MN 56302-7999 |
| 517063228 | + EDI: JEFFERSONCAP.COM | Sep 15 2022 00:38:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 516835673 | + Email/Text: clientservices@simonsagency.com | Sep 14 2022 20:41:00 | Simons Agency, Inc, 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 517085731 | + EDI: RMSC.COM | Sep 15 2022 00:38:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 516840954 | + EDI: RMSC.COM | Sep 15 2022 00:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516835681 | + EDI: RMSC.COM | Sep 15 2022 00:38:00 | Synchrony Bank/Gap, Attn: Bankruptcy Department, P.O. Box 956060, Orlando, FL 32896-0001 |
| 516835682 | + EDI: RMSC.COM | Sep 15 2022 00:38:00 | Synchrony Bank/HH Gregg, Attn: Bankruptcy Department, P.O. Box 956060, Orlando, FL 32896-0001 |
| 516835683 | + EDI: RMSC.COM | Sep 15 2022 00:38:00 | Synchrony Bank/Lowes, Attn: Bankruptcy Department, P.O. Box 956060, Orlando, FL 32896-0001 |
| 516835684 | + EDI: RMSC.COM | Sep 15 2022 00:38:00 | Synchrony Bank/Pep Boys, Attn: Bankruptcy Department, P.O. Box 956060, Orlando, FL 32896-0001 |
| 516835685 | + EDI: RMSC.COM | Sep 15 2022 00:38:00 | Synchrony Bank/Walmart, Attn: Bankruptcy Department, P.O. Box 956060, Orlando, FL 32896-0001 |
| 516835687 | EDI: TDBANKNORTH.COM | Sep 15 2022 00:38:00 | TD Bank NA/Target, P.O. Box 84037, Columbus, GA 31908-4037 |
| 516964642 | + EDI: CBSTDR | Sep 15 2022 00:38:00 | TD Retail Card Services, c/o Creditors Bankruptcy |

Case 17-20321-JNP  Doc 55  Filed 09/16/22  Entered 09/17/22 00:15:59  Desc Imaged
Certificate of Notice  Page 6 of 7

| District/off: 0312-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Sep 14, 2022 | Form ID: 3180W | Total Noticed: 71 |

| Recip ID | Bypass Method | Date/Time | Name and Address |
|---|---|---|---|
| | | | Service, P O Box 800849, Dallas, TX 75380-0849 |
| 516835688 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 14 2022 20:41:00 | Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 516897047 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 14 2022 20:40:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 516835691 | Email/Text: bankruptcy_notices@wgresorts.com | Sep 14 2022 20:40:00 | Westgate Resorts, Foreclosure Department, 2801 Old Winter Garden Road, Ocoee, FL 34761 |
| 516835689 | + EDI: BLUESTEM | Sep 15 2022 00:38:00 | Web Bank/Fingerhut, 215 South State Street, Suite 800, Salt Lake City, UT 84111-2339 |
| 517374526 | Email/PDF: bncnotices@becket-lee.com | Sep 14 2022 20:49:38 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |
| 517374527 | Email/PDF: bncnotices@becket-lee.com | Sep 14 2022 20:49:26 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262, eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 58

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 516835631 | *+ | Capital One, Attn: Bankruptcy Department, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 516835632 | *+ | Capital One, Attn: Bankruptcy Department, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 516835633 | *+ | Capital One, Attn: Bankruptcy Department, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 516835634 | *+ | Capital One, Attn: Bankruptcy Department, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 516835636 | *+ | Cardworks/CW Nexus, Attn: Bankruptcy Department, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 516835640 | *+ | Citibank/Best Buy, Centralized Bankruptcy, P.O. Box 790040, St Louis, MO 63179-0040 |
| 516835641 | *+ | Citibank/Best Buy, Centralized Bankruptcy, P.O. Box 790040, St Louis, MO 63179-0040 |
| 516835644 | * | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 516835649 | * | Fingerhut Direct Marketing, PO Box 166, Newark, NJ 07101-0166 |
| 516835650 | * | Fingerhut Direct Marketing, PO Box 166, Newark, NJ 07101-0166 |
| 516835652 | * | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 516835653 | * | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 516835661 | *+ | Midland Funding LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 516835666 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy Department, P.O. Box 41067, Norfolk, VA 23541 |
| 516835667 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy Department, P.O. Box 41067, Norfolk, VA 23541 |
| 516835669 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler and Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 516835670 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler and Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 516835675 | *+ | Superior Court of New Jersey, Atlantic County, 1201 Bacharach Blvd., Atlantic City, NJ 08401-4526 |
| 516835676 | *+ | Superior Court of New Jersey, Atlantic County, 1201 Bacharach Blvd., Atlantic City, NJ 08401-4526 |
| 516835677 | *+ | Superior Court of New Jersey, Atlantic County, 1201 Bacharach Blvd., Atlantic City, NJ 08401-4526 |
| 516835678 | *+ | Superior Court of New Jersey, Atlantic County, 1201 Bacharach Blvd., Atlantic City, NJ 08401-4526 |
| 516835680 | *+ | Superior Court of New Jersey, Atlantic County, 1201 Bacharach Blvd., Atlantic City, NJ 08401-4526 |
| 516835690 | *+ | Web Bank/Fingerhut, 215 South State Street, Suite 800, Salt Lake City, UT 84111-2339 |
| 516835629 | ##+ | Buckley Madole, PC, 99 Wood Avenue South, Suite 803, Iselin, NJ 08830-2713 |

TOTAL: 0 Undeliverable, 24 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| District/off: 0312-1 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Sep 14, 2022 | Form ID: 3180W | Total Noticed: 71 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2022                              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2022 at the address(es) listed below:

**Name**      **Email Address**

Denise E. Carlon
   on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Ernest A. Aponte
   on behalf of Debtor David M. Jones apontelaw66@gmail.com

Ernest A. Aponte
   on behalf of Joint Debtor Janneh P. Grant-Jones apontelaw66@gmail.com

Isabel C. Balboa
   ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Melissa N. Licker
   on behalf of Creditor Chase Records Center mlicker@hillwallack.com  HWBKnewyork@ecf.courtdrive.com

Melissa N. Licker
   on behalf of Creditor JPMorgan Chase Bank  National Association mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com

Phillip Andrew Raymond
   on behalf of Creditor JPMorgan Chase Bank  National Association phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

U.S. Trustee
   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9